# UNITED STATES COURT OF APPEALS
# FOR THE
# SECOND CIRCUIT

  At a Stated Term of the United States Court of Appeals for the Second Circuit, held at the Thurgood Marshall United States Courthouse, 40 Foley Square, in the City of New York, on the 17th day of March, two thousand sixteen.

Before:    Ralph K. Winter,
      *Circuit Judge.*

_____

United States of America,

   Appellee,

v.

Johnny Morgan,

   Defendant - Appellant.
_____

**ORDER**

Docket No. 15-2696

  Appellant moves for an extension of time until April 5, 2016 to file the principal brief and appendix. He also requests permission to file an oversized principal brief of up to 19,000 words.

  The request for an extension of time is granted. The request for permission to file an oversized brief is referred to an applications judge of this Court.

          For the Court**:**

          Catherine O'Hagan Wolfe,
          Clerk of Court

